**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SANDRA S. WEYER,<br>Address filed Under Seal,<br><br>      Plaintiff,<br><br>    -against-<br><br>UNITED STATES OF AMERICA,<br>c/o U.S. Attorney's Office, District of Columbia, 601 D Street NW, Washington, DC 20530,<br><br>MERRICK GARLAND, individually,<br>601 D Street NW, Washington, DC 20530,<br><br>MATTHEW GRAVES, individually,<br>601 D Street NW, Washington, DC 20530,<br><br>and<br><br>FDC PHILADELPHIA DOES 1-10, consisting of the warden, associate wardens, unit managers, correctional officers, food-service officials, medical personnel, and facilities personnel responsible for the complained-of conditions,<br>c/o Federal Detention Center Philadelphia, 700 Arch Street, Philadelphia, PA 19106,<br><br>      Defendants. | Civil Action No.: 1:26-cv-02770 |

**NOTICE OF ERRATA**

Plaintiff Sandra S. Weyer, by and through undersigned counsel, respectfully submits this Notice of Errata regarding the Complaint filed on August 5, 2026, and states as follows:

1.  On August 5, 2026, Plaintiff filed the Complaint initiating this action.

2.      Pursuant to the Notice of New Case Error entered August 6, 2026, the Clerk's Office identified that the filing did not comply with Local Civil Rule 5.1(c), which requires that the caption of the first filing by or on behalf of a party include the name and full residence address of each party.

3.      Attached hereto as Exhibit A is a corrected version of the Complaint which includes the full residence address of each party, in compliance with LCvR 5.1(c), except as follows: (a) Plaintiff's residence address is being filed separately under seal contemporaneously herewith, as set forth in Plaintiff's Notice of Filing of Plaintiff's Address Under Seal.

4.      Also attached hereto, and filed contemporaneously using the event Request for Summons to Issue, are the additional summonses for the Philadelphia Does 1-10, the United States Attorney and the United States Attorney General required by Fed. R. Civ. P. 4(i).

WHEREFORE, Plaintiff respectfully files this Notice of Errata and requests that the attached corrected Complaint be deemed the operative initiating pleading.

Dated: Garden City, New York
      August 12, 2026                 Respectfully submitted,

                                   **RAISER, KENNIFF & LONSTEIN, P.C.**

By:     */s/ Alexander Lonstein*
        Alexander Lonstein, Esq.
        Jonathan W. Crisp, Esq.
        666 Old Country Road, Suite 509
        Garden City, New York 11530
        Phone: (516) 742-7600
        alexander@rkl.law

        *Alexander Lonstein, Esq.*
        *D.C. Bar Identification No. 67368*

        *Jonathan W. Crisp, Esq.*
        *D.C. Bar Identification No. 64715*