**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SANDRA S. WEYER,<br>Plaintiff,<br>-against-<br>UNITED STATES OF AMERICA,<br>MERRICK GARLAND, individually,<br>MATTHEW GRAVES, individually,<br>and<br>FDC PHILADELPHIA DOES 1-10, consisting of the warden, associate wardens, unit managers, correctional officers, food-service officials, medical personnel, and facilities personnel responsible for the complained-of conditions,<br>Defendants. | Civil Action No. 1:26-cv-02770<br><br>**CONSENT TO CHANGE ATTORNEY** |

**IT IS HEREBY CONSENTED** that Alexander Lonstein, Esq., of the Law Offices of Raiser, Kenniff & Lonstein, P.C., at 99 Park Avenue, Suite 1530, New York, New York 10016, be substituted as attorney of record for Plaintiff Sandra S. Weyer in the above-entitled action in place of Jonathan Crisp, Esq., the undersigned outgoing attorney, as of the date hereof.

/s/*Alexander Lonstein*
**ALEXANDER LONSTEIN**
*Incoming Counsel*
RAISER, KENNIFF & LONSTEIN, P.C.
99 Park Avenue, Suite 1530
New York, NY 10016
Tel.: (212) 274-0090
alexander@rkl.law

Dated: 10/08/2026

/s/*Jonathan Crisp*
**JONATHAN CRISP**
*Outgoing Counsel*
jcrisp@crisplegal.com
Crisp and Associates
4031 North Front Street
Suite, 100
Harrisburg, PA 17110
Tel.: (717) 412-4676

Dated: 10/08/2026

**CLIENT CONSENT**

I, Sandra S. Weyer, hereby consent to the substitution of attorney in the above-captioned matter and agree that Alexander Lonstein, Esq., of Raiser, Kenniff & Lonstein, P.C., shall be substituted in place and stead of **JONATHAN CRISP, ESQ.** as my attorney of record.

Sandra S. Weyer
Sandra S. Weyer (Oct 8, 2026 11:23:21 EDT)
______________________________
Sandra S. Weyer
Dated: 10/08/2026

**SO ORDERED:**

______________________________
United States District Judge
Dated: ____________________