AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| Sandra S. Weyer<br>*Plaintiff* | ) | |
| v. | ) | Case No. 1:26-cv-02770-GMH |
| United States of America et al.<br>*Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Merrick Garland .

Date: 10/09/2026

/s/ Beth Wilkinson
*Attorney's signature*

Beth Wilkinson; 462561
*Printed name and bar number*

Wilkinson Stekloff LLP
2001 M Street NW, 10th Floor, Washington, D.C. 20036
*Address*

bwilkinson@wilkinsonstekloff.com
*E-mail address*

(202) 847-4010
*Telephone number*

(202) 847-4005
*FAX number*