AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Sandra S. Weyer
*Plaintiff*
v.
United States of America et al.
*Defendant*

Case No. 1:26-cv-02770-GMH

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Merrick Garland .

Date: 10/09/2026

/s/ Jeremy Barber
*Attorney's signature*

Jeremy Barber; 493472
*Printed name and bar number*

Wilkinson Stekloff LLP
130 W 42nd Street, 24th Floor, New York, New York 10036
*Address*

jbarber@wilkinsonstekloff.com
*E-mail address*

(212) 294-8929
*Telephone number*

(202) 847-4005
*FAX number*