AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

Sandra S. Weyer
*Plaintiff*
v.
United States of America et al.
*Defendant*

Case No. 1:26-cv-02770-GMH

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Merrick Garland .

Date: 10/09/2026

/s/ Jenna Swarbrick
*Attorney's signature*

Jenna Swarbrick; 1614398
*Printed name and bar number*

Wilkinson Stekloff LLP
2001 M Street NW, 10th Floor, Washington, D.C.
20036
*Address*

jpswarbrick@wilkinsonstekloff.com
*E-mail address*

(202) 847-4048
*Telephone number*

(202) 847-4005
*FAX number*