AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| SANDRA S. WEYER, *Plaintiff* | ) | |
| v. | ) | Case No. 1:26-cv-02770 |
| UNITED STATES OF AMERICA, et al., *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America .

Date: 10/22/2026

/s/ Andrew M. Vandini
*Attorney's signature*

Andrew M. Vandini, 90025227
*Printed name and bar number*

United States Department of Justice
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
*Address*

andrew.m.vandini@usdoj.gov
*E-mail address*

(202) 506-0754
*Telephone number*

*FAX number*