**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SANDRA S. WEYER, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:26-cv-02770-GMH |
| UNITED STATES OF AMERICA, et al., | ) | |
| Defendants. | ) | |
| | ) | |

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

(Fed. R. Civ. P. 4(i)(1)(B))

I, Daniel Kovach, am over the age of eighteen and not a party to this action. My business address is P.O. Box 594, Hallandale, FL 33008.

On October 7, 2026, I served the Attorney General of the United States under Federal Rule of Civil Procedure 4(i)(1)(B), which provides for service on the United States by sending a copy of the summons and of the complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. I mailed one copy of each document listed below, postage prepaid, by United States Postal Service Certified Mail, return receipt requested, article number **9414 8118 9876 5598 4982 40**, addressed to:

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

The envelope contained:

1. Summons in a Civil Action addressed to the Attorney General of the United States (Document 5)
2. Complaint (Document 1)
3. Notice of Assignment of Case to a United States Magistrate Judge for Trial (Document 5-1)
4. Notice of Right to Consent to Trial Before a United States Magistrate Judge (Document 6)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 7, 2026.

Daniel Kovach
_______________________

**Daniel Kovach**
P.O. Box 594
Hallandale, FL 33008
800-321-2377

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| Sandra Weyer,<br><br>*Plaintiff(s)*<br>v.<br><br>UNITED STATES OF AMERICA, MERRICK GARLAND, individually, MATTHEW GRAVES, individually, and FDC PHILADELPHIA DOES 1-10,<br><br>*Defendant(s)* | ) | Civil Action No. 1:26-cv-02770 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Attorney General of the United States:
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: RAISER, KENNIFF & LONSTEIN, P.C.
666 Old Country Road, Suite 509
Garden City, NY 11530
Phone: (516) 742-7600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 08/13/2026

/s/ Nicole M. Wilkens
*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:26-cv-02770

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Attorney General of the United States

was received by me on *(date)* 10/02/2026 .

❒ I personally served the summons on the individual at *(place)* ______________________

______________________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________

______________________ , a person of suitable age and discretion who resides there,

on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ____________

______________________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

☒ Other *(specify)*: On 10/07/2026, under Fed. R. Civ. P. 4(i)(1)(B), I mailed the summons and complaint, with the documents listed below, by USPS Certified Mail, return receipt requested, addressed to the Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/07/2026

Daniel Kovach
*Server's signature*

Daniel Kovach, Process Server
*Printed name and title*

P.O. Box 594, Hallandale, FL 33008 - 800-321-2377
*Server's address*

Additional information regarding attempted service, etc:

Documents served: the summons; the Complaint (Doc. 1); the Notice of Assignment of Case to a United States Magistrate Judge for Trial (Doc. 5-1); and the Notice of Right to Consent to Trial Before a United States Magistrate Judge (Doc. 6).
USPS Certified Mail article no. 9414 8118 9876 5598 4982 40.

UNITED STATES POSTAL SERVICE®

October 20, 2026

Dear Reference: Graves - RKL 126-cv-02770:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8118 9876 5598 4982 40**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | October 20, 2026, 04:31 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | Attorney General of the United States U.S. Depar |

## Recipient Signature

**Signature of Recipient:**

**Address of Recipient:**




Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004