**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SANDRA S. WEYER, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:26-cv-02770-GMH |
| UNITED STATES OF AMERICA, et al., | ) | |
| Defendants. | ) | |
| | ) | |

**AFFIDAVIT OF SERVICE BY CERTIFIED MAIL**
(Fed. R. Civ. P. 4(i)(1)(A)(ii))

I, Daniel Kovach, am over the age of eighteen and not a party to this action. My business address is P.O. Box 594, Hallandale, FL 33008.

On October 7, 2026, I served the U.S. Attorney's Office for the District of Columbia under Federal Rule of Civil Procedure 4(i)(1)(A)(ii), which provides for service on the United States by sending a copy of the summons and of the complaint by registered or certified mail to the civil-process clerk at the United States Attorney's Office for the district where the action is brought. I mailed one copy of each document listed below, postage prepaid, by United States Postal Service Certified Mail, return receipt requested, article number **9407 1118 9876 5598 4988 14**, addressed to:

Civil-Process Clerk
U.S. Attorney's Office for the District of Columbia
601 D Street, NW
Washington, DC 20530

The envelope contained:

1. Summons in a Civil Action addressed to the U.S. Attorney's Office for the District of Columbia (Document 5)
2. Complaint (Document 1)
3. Notice of Assignment of Case to a United States Magistrate Judge for Trial (Document 5-1)
4. Notice of Right to Consent to Trial Before a United States Magistrate Judge (Document 6)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 7, 2026.

Daniel Kovach
**Daniel Kovach**
P.O. Box 594
Hallandale, FL 33008
800-321-2377

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

Sandra Weyer,

*Plaintiff(s)*

v.

UNITED STATES OF AMERICA, MERRICK GARLAND, individually, MATTHEW M. GRAVES, individually, and FDC PHILADELPHIA DOES 1-10,

*Defendant(s)*

Civil Action No. 1-26-cv-02770

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* U.S. Attorney's Office for the District of Columbia:
U.S. Attorney's Office
601 D Street, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: RAISER, KENNIFF & LONSTEIN, P.C.
666 Old Country Road, Suite 509
Garden City, NY 11530
Phone: (516) 742-7600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 08/13/2026

/s/ Nicole M. Wilkens

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1-26-cv-02770

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* U.S. Attorney's Office for the District of Columbia

was received by me on *(date)* 10/02/2026 .

❒ I personally served the summons on the individual at *(place)* ______________________

______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________

______________________ , a person of suitable age and discretion who resides there,

on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ______________

______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

☒ Other *(specify)*: On 10/07/2026, under Fed. R. Civ. P. 4(i)(1)(A)(ii), I mailed the summons and complaint, with the documents listed below, by USPS Certified Mail, return receipt requested, addressed to the Civil-Process Clerk, U.S. Attorney's Office for the District of Columbia, 601 D Street, NW, Washington, DC 20530.

My fees are $ ______________ for travel and $ ______________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/07/2026

Daniel Kovach

*Server's signature*

Daniel Kovach, Process Server

*Printed name and title*

P.O. Box 594, Hallandale, FL 33008 - 800-321-2377

*Server's address*

Additional information regarding attempted service, etc:

Documents served: the summons; the Complaint (Doc. 1); the Notice of Assignment of Case to a United States Magistrate Judge for Trial (Doc. 5-1); and the Notice of Right to Consent to Trial Before a United States Magistrate Judge (Doc. 6).
USPS Certified Mail article no. 9407 1118 9876 5598 4988 14.

# Electronic Delivery Confirmation™

## USPS CERTIFIED MAIL™

Personal & Confidential
PERSONAL & CONFIDENTIAL
HALLANDALE FL 33009

$8.98 US POSTAGE
FIRST-CLASS IMI
Oct 06 2026
Mailed from ZIP 33009
7 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 5
11923275
063S0010282495
endicia

USPS CERTIFIED MAIL

9407 1118 9876 5598 4988 14

U.S. Attorneys Office for the District of Colu
Civil-Process Clerk
601 D ST NW
WASHINGTON DC 20530-0034

| | |
|---|---|
| Reference | Graves - RKL 126-cv-02770 |
| USPS # | 9407111898765598498814 |
| USPS Mail Class | Certified with Electronic Delivery Confirmation |
| USPS Status | Your item was picked up at the post office at 4:31 am on October 20, 2026 in WASHINGTON, DC 20530. |
| USPS History | Delivered, Individual Picked Up at Post Office, WASHINGTON, DC 20530, October 20, 2026, 4:31 am<br>Redelivery Scheduled for Next Business Day, WASHINGTON, DC 20530, October 19, 2026, 11:04 am<br>Arrived at Post Office, WASHINGTON, DC 20018, October 19, 2026, 10:20 am<br>Arrived at USPS Facility, WEST PALM BEACH FL DISTRIBUTION CENTER, October 11, 2026, 10:23 am<br>Arrived at USPS Facility, MIAMI FL DISTRIBUTION CENTER, October 8, 2026, 12:40 pm<br>Accepted at USPS Facility, HALLANDALE, FL 33009, October 8, 2026, 11:25 am<br>Shipping Label Created, HALLANDALE, FL 33009, October 6, 2026, 7:56 pm |

**Electronic Delivery Confirmation Report © 2026 Certified Mail Envelopes, Inc. All rights reserved.**
Delivery data for this mailing was provided and officially recorded by the United States Postal Service®. Copies of this delivery record are available at www.USPS.com. Certified Mail® is a registered trademark of the United States Postal Service. All rights reserved.
Letter production and report formatting were completed by Certified Mail Envelopes, Inc., doing business as www.CertifiedMailLabels.com and www.SendCertifiedMail.com.
**Date Verified: 10/20/2026 (UTC)**