**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SANDRA S. WEYER,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>*Defendants*. | Civil Case No. 1:26-cv-02770-RJL |

**[PROPOSED] ORDER**

This matter is before the Court on Former Attorney General Garland's unopposed motion to consolidate. Having considered the unopposed motion, the Court finds that the motion is well taken and should be GRANTED. Pursuant to Federal Rule of Civil Procedure 42(a) and Local Civil Rule 40.5(d), it is hereby ORDERED that the following cases are consolidated with the above-captioned case for the limited purpose of the briefing on Garland's motion to dismiss only:

- *MacAndrew v. United States*, No. 1:26-cv-03146-ABJ;
- *Johnston v. United States*, No. 1:26-cv-03228-JEB;
- *Munchel v. United States*, No. 1:26-cv-03229-TJK;
- *Perna v. United States*, No. 1:26-cv-03230-TSC;
- *Rae v. United States*, No. 1:26-cv-03279-JDB;
- *Padilla v. United States*, No. 1:26-cv-03281-JMC;
- *Eisenhart v. United States*, No. 1:26-cv-03350-JEB;
- *Nester v. United States*, No. 1:26-cv-03353-TJK;
- *Fairlamb v. United States*, No. 1:26-cv-03403-APM;
- *Caldwell v. United States*, No. 1:26-cv-03404-APM;
- *Miller v. United States*, No. 1:26-cv-03405-RJL;
- *Steele v. United States*, No. 1:26-cv-03406-TSC;

- *Ligocki v. United States*, No. 1:26-cv-03454-RC;
- *Connie Meggs v. United States*, No. 1:26-cv-03456-JMC;
- *Kelly Meggs v. United States*, No. 1:26-cv-03457-RJL;
- *Mink v. United States*, No. 1:26-cv-03490-RC;
- *Powell v. United States*, No. 1:26-cv-03491-CRC;
- *McKellop v. United States*, No. 1:26-cv-03732-TNM;
- *Ondulich v. United States*, No. 1:26-cv-03733-TNM.

Any future filings in any of the above-listed cases related to motions seeking to dismiss claims against Garland shall be filed only on this docket.

It is further ORDERED that the parties shall meet and confer and submit to the Court, within two weeks of the entry of this Order, a proposed schedule for the briefing on Garland's consolidated motion to dismiss.

It is further ORDERED that the deadline for Garland's motion to dismiss in this action is hereby stayed pending the Court's entry of a briefing schedule following the parties' submission.

**SO ORDERED.**

Dated:

____________________________
U.S. District Judge

**APPENDIX OF ATTORNEYS TO BE NOTIFIED**

| Name | Address |
|---|---|
| Jonathan W. Crisp | CRISP AND ASSOCIATES, LLC<br>4031 North Front Street<br>Harrisburg, PA 17110 |
| Andrew Vandini | DOJ-CIV<br>175 N Street NE<br>Washington, DC 20002 |
| Beth A. Wilkinson | WILKINSON STEKLOFF LLP<br>2001 M Street NW<br>Ste 10th Floor<br>Washington, DC 20036 |
| Jeremy Scott Barber | WILKINSON STEKLOFF LLP<br>130 West 42nd Street<br>Ste 24th Floor<br>New York, NY 10036 |
| Jennifer Pavelec Swarbrick | WILKINSON STEKLOFF LLP<br>2001 M Street NW<br>Ste 10th Floor<br>Washington, DC 20036 |
| Neil Michael Alacha | WILKINSON STEKLOFF LLP<br>130 West 42nd Street<br>Ste 24th Floor<br>New York, NY 10036 |
| Scarlett Aylsworth | WILKINSON STEKLOFF LLP<br>2001 M Street NW<br>Ste 10th Floor<br>Washington, DC 20036 |