**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SANDRA S. WEYER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>MERRICK GARLAND, individually,<br><br>MATTHEW GRAVES, individually,<br><br>and<br><br>FDC PHILADELPHIA DOES 1-10, consisting of the warden, associate wardens, unit managers, correctional officers, food-service officials, medical personnel, and facilities personnel responsible for the complained-of conditions,<br><br>Defendants. | Civil Action No. 1:26-cv-02770 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Alexander Lonstein, Esq., of the law firm of Raiser Kenniff & Lonstein, P.C., hereby enters his appearance as counsel of record for Plaintiff Sandra S. Weyer in the above-captioned action.

Please direct all further notices, pleadings, correspondence, and other papers in this action to the undersigned at the address set forth below.

Respectfully submitted,
**RAISER KENNIFF & LONSTEIN, P.C.**

By: *<u>/s/ Alexander Lonstein</u>*
Alexander Lonstein, Esq.
99 Park Avenue, Suite 1530
New York, New York 10016
Telephone: (212) 274-0090
Email: alexander@rkl.law

*Attorney for Plaintiff Sandra S.*

*Weyer*
*Alexander Lonstein, Esq.*
*D.C. Bar Identification No. 67368*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to all parties of record via the ECF Filing Portal on this 9th day of November, 2026.

By: /s/ *Alexander Lonstein*
Alexander Lonstein, Esq.