AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

Sandra S. Weyer
*Plaintiff*
v.
United States of America et al.
*Defendant*

Case No. 1:26-cv-02770-RJL

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Merrick Garland .

Date: 11/12/2026

/s/ Dhruti Patel
*Attorney's signature*

Dhruti Patel; 1738828
*Printed name and bar number*

Wilkinson Stekloff LLP
2001 M Street NW, 10th Floor, Washington, D.C. 20036
*Address*

dpatel@wilkinsonstekloff.com
*E-mail address*

(202) 847-4012
*Telephone number*

(202) 847-4005
*FAX number*